IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,　　　　　　*

　　　　　　　　　　　　　　　　　　*

　　　　vs.　　　　　　　　　　　　*　　CASE NO.:19-CV-1530(VSB)
　　　　　　　　　　　　　　　　　　　　　　　　15-CR-0153-4(VSB)
　　　　　　　　　　　　　　　　　　*

RALPH HOOPER, PRO-SE　　　　　　　　*

### MOTION TO APPOINT COUNSEL UNDER THE CRIMINAL JUSTICE ACT
### ("CJA") PURSUANT TO 18 U.S.C. § 3006(a)

NOW COMES, Defendant RALPH HOOPER pro-se, eneter this motion respectfully requesting that the Court provide the defendant legal assistance in order to petition the Court for Motion to impose a reduced sentence under 18 U.S.C. § 3553(a) and also Due Process of Law and Equal Protection of Law, Six Amendment to the United States Constitution.

Date : 8/4/2020

Respectfully submitted,

By: Ralph Hooper
RALPH HOOPER, FED.REG.NO.#77365-054
UNIT 5711
FEDERAL CORRECTION INSTITUTION
FORT DIX
P.O. BOX 2000
JOINT BASE MDL, NJ 08640.

Defendant filed a motion pursuant to Title 28, United States Code, Section 2255 pro se which was denied on February 28, 2019. Therefore, Defendant's motion for appointment of counsel is denied a moot. The Clerk's Office is directed to mail a copy of this order to the pro se petitioner.

SO ORDERED:

HON. VERNON S. BRODERICK  9/25/2020
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I, RALPH HOOPER, acting pro-se litigant in accordance with 28 U.S.C. § 1746 under the pains and penalty of perjury without the United States hereby certify that I served this Motion To Appoint Counsel Under The Criminal Justice Act (CJA) Pursuant To 18 U.S.C. § 3006(a) to the Clerk of Court's Office For The United States District Court, Southern District of New York, U.S. Courthouse 500 Pearl Street, New York, NY by the United States Postal prepaid mailing service on this 4th day of August, 2020.

Respectfully submitted,

By; _Ralph Hooper_
RALPH HOOP, ACTING PRO-SE
FED.REG.NO.#77365-054
UNIT 5711
FEDERAL CORRECTION INSTITUTION
FORT DIX
P.O. BOX 2000
JOINT BASE MDL, NJ 08640.

INMATE NAME: Ralph Hooper
REGISTER NO.: 77365-054
HOUSING UNIT: 5711
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 2000
FORT DIX, NJ 08640



TRENTON NJ 085
25 AUG 2020 PM 5 L

CLERK, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
U.S. COURTHOUSE - 500 PEARL STREET
NEW YORK, NY 10007

10007-131699

Criminal
RH